United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANSFIELD,<br><br>    Plaintiff,<br><br>  v.<br><br>INFOBLOX, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-02500-VC<br><br>**ORDER CONSOLIDATING CASES AND GRANTING RETIREMENT SYSTEMS' MOTION**<br><br>Re: Dkt. Nos. 15, 20, 21, 29, and 32 |

The Retirement Systems' motion to consolidate the following cases is granted: *Ansfield v. Infoblox, Inc.*, 3:14-cv-02500-VC, *Beqaj v. Infoblox, Inc.*, 14-cv-02564-VC, and *Achey v. Infoblox, Inc.*, 14-cv-02644-VC.

The Retirement Systems' motion to appoint them as lead plaintiff, with Labaton Sucharow as lead counsel and Lieff Cabraser Heimann & Bernstein as liaison counsel, is also granted. (Docket No. 21). The motions to appoint lead plaintiff filed by Ansfield (Docket No. 15), Lopez (Docket No. 20), Congemi (Docket No. 29), and Infoblox Investor Group (Docket No. 32) are denied.

**IT IS SO ORDERED**.

Dated: September 26, 2014

_____
VINCE CHHABRIA
United States District Judge