Joy A. Kruse (State Bar No. 142799)
Katherine C. Lubin (State Bar No. 259826)
**LIEFF CABRASER HEIMANN &**
  **BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jkruse@lchb.com
       kbenson@lchb.com

*Liaison Counsel for Lead Plaintiff
and the Class*

Jonathan Gardner (*pro hac vice*)
Mark S. Goldman (*pro hac vice* TBD)
Angelina Nguyen (*pro hac vice* TBD)
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       mgoldman@labaton.com
       anguyen@labaton.com

*Lead Counsel for Lead Plaintiff
and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE-BOSTON RETIREMENT SYSTEM, et al.,<br><br>                    Plaintiffs<br><br>    v.<br><br>INFOBLOX, INC., et al.,<br><br>                    Defendants. | Case No.: 3:14-cv-02500-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>CLASS ACTION |

1  WHEREAS, on July 23, 2014, counsel for defendants and counsel for certain plaintiffs that filed the initial complaints in the now-consolidated, above-referenced action filed a stipulation (the "Prior Stipulation") that set the time for (1) filing an amended consolidated complaint within forty-five (45) days from the date the Court appointed lead plaintiffs; and (2) defendants to file a motion to dismiss, answer, or other response to the amended consolidated complaint within forty-five (45) days from the date the complaint was filed [Dkt. #13];

WHEREAS, on July 25, 2014, the Court granted the Prior Stipulation [Dkt. #14];

WHEREAS, on September 26, 2014, the Honorable Vince Chhabria issued an Order appointing State-Boston Retirement System, Arkansas Teacher Retirement System, and Oklahoma Police Pension & Retirement System (together, the "Retirement Systems") as Lead Plaintiff, and approved Lead Plaintiff's selection of Labaton Sucharow LLP as Lead Counsel for the Class, and Lieff, Cabraser, Heimann & Bernstein, LLP as Liaison Counsel for the Class [Dkt. #43];

WHEREAS, Lead Counsel and Lead Plaintiff were not involved in the Prior Stipulation and wished to confer with defendants regarding a revised schedule;

WHEREAS, Lead Plaintiff and defendants Infoblox, Inc., Remo E. Canessa, and Robert D. Thomas (collectively, "Defendants"), through their respective counsel, have conferred and agreed upon the time for Lead Plaintiff to file a Consolidated Class Action Complaint (the "Complaint"); and

WHEREAS, Lead Plaintiff and Defendants, through their respective counsel, have further agreed upon the time for Defendants to answer, move to dismiss, or otherwise respond to the Complaint, and the schedule for briefing any such motion to dismiss;

IT IS HEREBY STIPULATED and agreed, by the parties, through their undersigned counsel, subject to Court approval, as follows:

1. Lead Plaintiff shall file its Consolidated Complaint on or before November 25, 2014.

2. Defendants will answer, move, or otherwise respond to the Complaint on or before January 26, 2015.

3. In the event Defendants move to dismiss the complaint, any opposition thereto shall be filed on or before March 27, 2015; Defendants' reply in further support of their motion to dismiss shall be filed on or before April 27, 2015; and the Court will hear the motion on May 14, 2015.

4. The foregoing schedule may be modified by agreement of the parties with approval of the Court.

5. The foregoing schedule supersedes any other schedules previously set in the action or provided in the Local Rules of the Court.

Dated: September 30, 2014

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: ___s/ Jonathan Gardner___
     Jonathan Gardner

Jonathan Gardner (*pro hac vice*)
Mark S. Goldman (*pro hac vice* TBD)
Angelina Nguyen (*pro hac vice* TBD)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: jgardner@labaton.com
       mgoldman@labaton.com
       anguyen@labaton.com

*Lead Counsel for Lead Plaintiff and the Class*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Joy A. Kruse (State Bar No. 142799)
Katherine C. Lubin (State Bar No. 259826)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jkruse@lchb.com
       kbenson@lchb.com

*Liaison Counsel for Lead Plaintiff and the Class*

Dated: September 30, 2014

**FENWICK & WEST LLP**

By:   s/ Kevin Peter Muck
      Kevin Peter Muck

Kevin P. Muck (State Bar No. 120918)
Catherine D. Kevane (State Bar No. 215501)
Alexis Caloza (State Bar No. 278804)
555 California Street
12th Floor
San Francisco, California 94104
Telephone: (415) 875-2387
Facsimile: (415) 281-1350
Email: kmuck@fenwick.com
       ckevane@fenwick.com
       acaloza@fenwick.com

*Attorneys for Defendants Infoblox Inc., Remo E. Canessa, and Robert D. Thomas*

\*\*\*

**Pursuant to L.R. 5-1(i)(3), all signatories concur in filing this stipulation.**

Dated: September 30, 2014.

By:   s/ Jonathan Gardner
      Jonathan Gardner

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of New York, State of New York, that I am over the age of eighteen (18) years and not a party to the within action, that I am employed at Labaton Sucharow LLP, 140 Broadway, New York, New York 10005, and that on September 30, 2014, I served a copy of the attached:

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE**

to the parties listed on the attached Service List by the following means of service:

- [X]   BY E-FILE: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 30th day of September, 2014.

/s/ Jonathan Gardner
JONATHAN GARDNER


# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff shall file its Consolidated Complaint on or before November 25, 2014.

2. Defendants will answer, move, or otherwise respond to the Complaint on or before January 26, 2015.

3. In the event Defendants move to dismiss the complaint, any opposition thereto shall be filed on or before March 27, 2015; Defendants' reply in further support of their motion to dismiss shall be filed on or before April 27, 2015; and the Court will hear the motion on May 14, 2015.

4. The foregoing schedule may be modified by agreement of the parties with approval of the Court.

5. The foregoing schedule supersedes any other schedules previously set in the action or provided in the Local Rules of the Court.

DATED: October 1, 2014

_____
The Honorable Vince Chhabria
United States District Court Judge