1  Joy A. Kruse (State Bar No. 142799)
   Katherine C. Lubin (State Bar No. 259826)
2  **LIEFF CABRASER HEIMANN &**
      **BERNSTEIN, LLP**
3  275 Battery Street, 29th Floor
   San Francisco, California 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email: jkruse@lchb.com
           kbenson@lchb.com
6
   *Liaison Counsel for Lead Plaintiff*
7  *and the Class*

8  Jonathan Gardner (*pro hac vice*)
   Angelina Nguyen (*pro hac vice*)
9  **LABATON SUCHAROW LLP**
   140 Broadway
10 New York, New York 10005
   Telephone: (212) 907-0700
11 Facsimile: (212) 818-0477
   Email: jgardner@labaton.com
12          anguyen@labaton.com

13 *Lead Counsel for Lead Plaintiff*
   *and the Class*
14

15                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
16                     **SAN FRANCISCO DIVISION**

17 STATE-BOSTON RETIREMENT SYSTEM,
   et al.,
18
                          Plaintiffs          Case No.: 3:14-cv-02500-VC
19
        v.                                    **NOTICE OF VOLUNTARY DISMISSAL**
20                                             **WITHOUT PREJUDICE**
21 INFOBLOX, INC., et al.,

22                        Defendants.

1    PLEASE TAKE NOTICE THAT Plaintiffs State-Boston Retirement System, Arkansas Teacher Retirement System, and Oklahoma Police Pension & Retirement System (together, the "Retirement Systems" or "Lead Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in the above-captioned action (the "Action"), without prejudice, against Defendants Infoblox, Inc., Robert D. Thomas, and Remo E. Canessa.

On September 18, 2013, Plaintiff Paul Ansfield filed a class action complaint alleging violations of federal securities laws entitled *Paul Ansfield v. Infoblox, Inc., Robert D. Thomas, and Remo E. Canessa*, No. 3:14-cv-02500-VC [Dkt. #1].

On September 26, 2014, the Court consolidated the Action with *Beqaj v. Infoblox, Inc. et al.*, 14-cv-02564-VC and *Achey v. Infoblox, Inc. et al.*, 14-cv-02644-VC [Dkt. #43]. By Order dated September 26, 2014, the Court appointed the Retirement Systems as Lead Plaintiff and approved its selection of Lead Counsel and Local Counsel [Dkt. #43].

No Defendant has filed an answer or moved for summary judgment with respect to the operative class action complaint, and the Action has not been certified as a class action. Accordingly, Lead Plaintiff properly may dismiss all claims in the Action without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: November 25, 2014                Respectfully submitted,

**LABATON SUCHAROW LLP**

By:   s/ Jonathan Gardner
      Jonathan Gardner

Jonathan Gardner (*pro hac vice*)
Angelina Nguyen *(pro hac vice)*
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email:  jgardner@labaton.com
         anguyen@labaton.com

*Lead Counsel for Lead Plaintiff and the Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Joy A. Kruse (State Bar No. 142799)
Katherine C. Lubin (State Bar No. 259826)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: jkruse@lchb.com
         kbenson@lchb.com

*Liaison Counsel for Lead Plaintiff and the Class*

# CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of New York, State of New York, that I am over the age of eighteen (18) years and not a party to the within action, that I am employed at Labaton Sucharow LLP, 140 Broadway, New York, New York 10005, and that on November 25, 2014, I served a copy of the attached:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

to the parties listed on the attached Service List by the following means of service:

- [X]   BY E-FILE: I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on the 25th day of November, 2014.

/s/ Jonathan Gardner
JONATHAN GARDNER

**Mailing Information for a Case 3:14-cv-02500-VC**

*State-Boston Retirement System, et al v. Infoblox, Inc. et al*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- David Eldridge Bower

    dbower@faruqilaw.com,brohr@faruqilaw.com,ecf@faruqilaw.com,

    mblackman@faruqilaw.com,ecfca@faruqilaw.com

- Alexis Caloza

    acaloza@fenwick.com,pnichols@fenwick.com

- Catherine Duden Kevane

    ckevane@fenwick.com,pnichols@fenwick.com

- Jonathan Gardner

    jgardner@labaton.com,cvillegas@labaton.com,lmehringer@labaton.com,

    fmalonzo@labaton.com

- Mark C. Gardy

    mgardy@gardylaw.com

- Alexandra Page Grayner

    lgrayner@fenwick.com,apetrocelli@fenwick.com

- Robert S. Green

    gnecf@classcounsel.com

- Joy Ann Kruse

    jakruse@lchb.com,kbenson@lchb.com

- Kevin Peter Muck

    kmuck@fenwick.com,vsheehan@fenwick.com,kayoung@fenwick.com

- Angelina Nguyen

    anguyen@labaton.com

- James S. Notis

    jnotis@gardylaw.com

1  - Robert Vincent Prongay

2    rprongay@glancylaw.com,mmgoldberg@glancylaw.com,echang@glancylaw.com

3  - Jennifer Sarnelli

4    jsarnelli@gardylaw.com

5  - Avraham Noam Wagner

6    avi@thewagnerfirm.com

7  - Lesley Elizabeth Weaver

8    gnecf@classcounsel.com,lew@classcounsel.com

9  **Manual Notice List**

10 The following is the list of attorneys who are not on the list to receive e-mail notices for this case

11 (who therefore require manual noticing). You may wish to use your mouse to select and copy

12 this list into your word processing program in order to create notices or labels for these

13 recipients.

14 • (No manual recipients)

15

16

17

18

19

20

21

22

23

24

25

26

27

28